Case No: 6:13mj823  Case 6:13-mj-00823-JCM Document 14  Filed 09/18/13  Page 1 of 1  Filed: 09/17/13
PTSO: [LR]                                                                              Doc. #12
AO 245 B (Rev. 06/05)(W.D.TX.) - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Western District of Texas
### WACO DIVISION

UNITED STATES OF AMERICA

v.

NOELANA M. LUCKA

Defendant.

Case Number   W13-823M
USM Number    NOT PROVIDED

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

FILED SEP 17 2013
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

The defendant, NOELANA M. LUCKA, was represented by Steven Walden.

On motion of the United States, the Court has dismissed Count 1.
The defendant pled guilty to Count 1s of the Superseding Information on 9/13/2013. Accordingly, the defendant is adjudged guilty of such Count, involving the following offense:

| Title & Section | Nature of Offense | Offense Ended | Count(s) |
|---|---|---|---|
| 18 USC 13 & TPC 22.01(a)(3) | Assault | August 3, 2013 | 1s |

As pronounced on 9/13/2013, the defendant is sentenced as provided in pages 2 through 5 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the Court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this the __17th__ day of September, 2013.

_____
JEFFREY C. MANSKE
United States Magistrate Judge